IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 25-mj-08155-ADM

BRYAN KIRKENDOLL,

Defendant.

## CRIMINAL COMPLAINT

I, Matthew Myers, the complainant in this case, being duly sworn state the following is true and correct to the best of my knowledge and belief and establishes probable case that the following offense has been committed.

### COUNT ONE

On or about August 18, 2025, in the District of Kansas, the defendant,

**BRYAN KIRKENDOLL,**

knowingly escaped from custody of the United States Bureau of Prisons, an authorized representative of the Attorney General, where he had been placed by virtue of an order of the United States District Court for the Western District of Missouri, case number 4:19-CR-00214-BP, filed on December 15, 2021, upon conviction for Conspiracy to Commit Interstate Transportation of Stolen Property (18 U.S.C. § 371), Interstate Transportation of Stolen Property, (18 U.S.C. §2314),

Witness Tampering, (18 U.S.C. § 1512(b)(1) and 18 U.S.C. § 3147(1), and Transmitting Threats in Interstate Commerce, (18 U.S.C. § 1512(d)(1), and 18 U.S.C. § 3147(1).

## STATEMENT OF FACTS

This complaint is based on the following facts, which are known to me because of my personal participation in this investigation, and from reports made to me by other agents and agencies.

1. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS). I am currently assigned to the Kansas City Division. I have served as a DUSM for just under 3 years, and I am a commissioned federal law enforcement officer. I have successfully completed the Criminal Investigator Training Program and Basic Deputy United States Marshal training program at the Federal Law Enforcement Training Center in Glynco, GA. As a DUSM, I am responsible for investigating and apprehending federal fugitives. I have been involved in numerous criminal, fugitive, and apprehension investigations and operations. In total, I have been a commissioned law enforcement officer for just under 3 years. As a federal agent, I am authorized to execute warrants and make arrests for offenses against the United States of America. This complaint is based on the following facts, which are known to me because of my personal

participation in this investigation, and from reports made to me by other law enforcement agents.

On December 15, 2021, Bryan Kirkendoll was sentenced in the United States District Court for the Western District of Missouri (4:19-CR-00214-BP) to the custody of the Bureau of Prisons for 108 months imprisonment after conviction for Conspiracy to Commit Interstate Transportation of Stolen Property, (18 U.S.C. § 371), Interstate Transportation of Stolen Property, (18 U.S.C. §2314), Witness Tampering, (18 U.S.C. § 1512(b)(1) and 18 U.S.C. § 3147(1)), and Transmitting Threats in Interstate Commerce, (18 U.S.C. § 1512(d)(1), and 18 U.S.C. § 3147(1).

On May 29, 2025, Kirkendoll was transferred by the BOP to the Grossman Residential Reentry Center (RRC) located at 4715 Brewer Place, Leavenworth, Kansas, within the district of Kansas. Kirkendoll was projected to be released on October 15, 2026.

2. The RRC that provides transitional services for BOP inmates who are serving the final part of their sentences.

3. On August 18, 2025, at approximately 7:27am, Kirkendoll left the facility on an approved pass to the Workforce Center at 515 Limit St in Leavenworth, Kansas. At approximately 9:00am Kirkendoll called the RRC stating he needed an extension because there were four other individuals in front of

him, and he would not be seen in time to be back to the RRC on time. RRC staff called the Workforce Center to confirm Kirkendoll was there waiting to be seen. Staff at the Workforce Center stated Kirkendoll was not there, nor did he sign in or have a scheduled appointment. RRC staff called Kirkendoll to check his whereabouts and Kirkendoll stated he was at the gas station down the street from the Workforce Center. RRC staff instructed Kirkendoll to stay at the gas station and they would be right there to pick him up. When the RRC staff arrived to the gas station Kirkendoll was gone. RRC staff called Kirkendoll again and were informed that he was in Kansas City. At 10:30am Kirkendoll was informed that he was not authorized to be there, and he had one hour to report back to the facility. At 12:15pm Kirkendoll was called again and asked about his whereabouts. At that time Kirkendoll answered the phone and hung up without a response. On August 18, 2025, at approximately 2:28pm, the United States Marshals Service received an official escape notification from the BOP regarding Kirkendoll. At this time, Kirkendoll has not returned to the RRC and his whereabouts are unknown.

Based on the foregoing, I respectfully submit there is probable cause to believe that Bryan Kirkendoll has violated Title 18, United States Code, Section 751(a).

_____
Matthew Myers
Deputy United States Marshal


Sworn to and attested by affiant via telephone after being submitted to me by reliable electronic means on this 21st day of August 2025.

_____
HONORABLE ANGEL D. MITCHELL
United States Magistrate Judge

## PENALTIES:

Count 1: Escape from Custody, 18 U.S.C. 751(a)

- NMT 5 years imprisonment
- NMT $250,000 fine
- NMT 3 years S.R.
- $100 special assessment